PROB 12C
(7/93)

## United States District Court
### for
### District of New Jersey
### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: McKAY, Alonzo              Cr.: 00-00505-001
                                                                                                   PACTS #: 26686

Name of Sentencing Judicial Officer: The Honorable Alfred J. Lechner, Jr.

Date of Original Sentence: 10/31/00

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 108 months incarceration; 3 years supervised release; $2,500 fine; $100 special assessment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 05/02/08

Assistant U.S. Attorney: Lewis Borinsky          Defense Attorney: Daniel T. Keitel, Esq.

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>Since March 2009, McKay has not reported as directed to the Probation Office in the Eastern District of Virginia. Specifically, the offender last had contact with their Probation Office on March 18, 2009. Since this date, he has been an absconder and his whereabouts are uncertain. |

2      The offender has violated the supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Despite numerous referrals, since November 2008, McKay has failed to secure gainful employment or enroll in vocational training / schooling.

3      The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

In or before October 2008, McKay relocated from Suffolk, Virginia to Franklin, Virginia and failed to report this change in address to the Probation Office within the allotted time period. Additionally, in May 2009, during an attempted home inspection at the offender's last known address, the Probation Officer was notified by the landlord that he moved out in February 2009. This too, was unreported to the Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 7/14/09

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____
Date