PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** McKAY, Alonzo　　　　　　　　**Docket Number:** 00-00505-001
　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 26686

**Name of Sentencing Judicial Officer:** The Honorable Alfred J. Lechner, Jr.

**Date of Original Sentence:** 10/31/2000

**Original Offense:** Possession of a Weapon by a Convicted Felon

**Original Sentence:** 108 months incarceration; 3 years supervised release; $2,500 fine; $100 special assessment.

**Type of Supervision:** Supervised Release　　　　**Date Supervision Commenced:** 05/02/2008

**Assistant U.S. Attorney:** Randall H. Cook, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** David Holman (AFPD), 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant to act as a detainer
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On September 1, 2010, McKay was arrested by Newport News, Virginia Police Department and charged with shoplifting. The case is pending disposition within Newport News General District Court. |
| 2 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 8, 2010, the offender was arrested by Suffolk, Virginia Police Department and charged with breaking & entering and grand larceny. The case is pending disposition within Suffolk General District Court. |

PROB 12C - Page 2
Alonzo McKay

| | |
|---|---|
| 3 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |

McKay failed to notify the undersigned Probation Officer about the arrests detailed in Violation #'s 1 and 2. Likewise, no family member of the offender contacted Our Office on his behalf on either occasion.

In addition, on June 24, 2010, the offender was issued a DMV summons for speeding by The Virginia State Police Department which wasn't reported to Probation accordingly. Specifically, he first acknowledged this incident upon questioning during a telephone conversation on July 23, 2010.

| | |
|---|---|
| 4 | The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |

An internal investigation revealed the offender associated with James Gray (06299-088), a convicted felon and Bureau of Prisons (BOP) inmate. Specifically, Gray contacted McKay on his cellular telephone on multiple occasions between November 2009 and July 2010 from BOP custody. Such association was never permitted by the Probation Office.

| | |
|---|---|
| 5 | The offender has violated the standard supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |

McKay failed to submit a monthly written report within the allotted time period for the following months: February 2010, March 2010, May 2010, June 2010, August 2010, October 2010, and November 2010. Additionally, the June 2010 report was incomplete as numerous key components were omitted.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio, U.S.P.O.

Date: 01/13/2011

THE COURT ORDERS:

[✓] The Issuance of a Warrant to Act as a Detainer in West Tidewater Regional Jail, Suffolk, VA and Bail Revoked.
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date